UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PETER JAMES CARR,

        Petitioner,

v.

STATE OF WASHINGTON,

        Respondent.

Case No. C17-1326-RAJ-MAT

ORDER DECLINING TO SERVE PETITION AND GRANTING LEAVE TO AMEND

Petitioner Peter Carr is currently incarcerated at the Stafford Creek Corrections Center in Aberdeen, Washington pursuant to a 2012 judgment of the King County Superior Court. He has presented to this Court for filing a petition for writ of habeas corpus under 28 U.S.C. § 2254 challenging that judgment. This Court's review of the petition reveals that it is defective in the following respect:

(1) Petitioner fails to name a proper respondent in his petition. Petitioner names the State of Washington as the respondent in this action. A petitioner who is currently in custody under a state court judgment must name as the respondent the state officer having custody of him or her. Rule 2(a) of the Rules Governing Section 2254 Cases in the United States District Courts. Typically, this person is the warden of the facility in which the petitioner is incarcerated. *Stanley*

ORDER DECLINING TO SERVE
PETITION AND GRANTING
LEAVE TO AMEND- 1

*v. California Supreme Court*, 21 F.3d 359, 360 (9th Cir. 1994). Failure to name the petitioner's custodian deprives federal courts of personal jurisdiction. *Id*.

(2) Because of this deficiency the Court declines to serve the petition or to direct that an answer be filed. Petitioner is, however, granted leave to amend his petition to correct the above noted deficiency. The amended petition should be filed on the forms provided by the Clerk. Petitioner is advised that he must correct the noted deficiency within ***thirty (30) days*** of the date on which this Order is signed or his petition will be subject to dismissal.

(3) The Clerk is directed to send copies of this Order and of the Court's § 2254 forms to petitioner. The Clerk is further directed to send a copy of this Order to the Honorable Richard A. Jones.

DATED this 29th day of September, 2017.

Mary Alice Theiler
United States Magistrate Judge

ORDER DECLINING TO SERVE
PETITION AND GRANTING
LEAVE TO AMEND- 2