UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PETER JAMES CARR,

               Petitioner,

     v.

RONALD HAYNES,

               Respondent.

CASE NO. C17-1326-RAJ-MAT

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. Mary Alice Theiler, United States Magistrate Judge:

Petitioner filed a letter expressing concern that parts of his amended petition are illegible. Dkt. 16. The Court has reviewed the amended petition and found it legible.

DATED this 16th day of November, 2017.

WILLIAM M. MCCOOL, Clerk

By   s/ Tomas Hernandez
          Deputy Clerk

MINUTE ORDER
PAGE - 1